UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DISCOS MEDELLIN, INC.,                              JUDGMENT
                                                    02-CV- 4111 (NGG)
                       Plaintiff,

  -against-

PEDRO MORALES, et al.,

                       Defendants.
----------------------------------------------------------------X

      An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on April 29, 2005, dismissing the case without prejudice for failure to prosecute; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the case is dismissed without prejudice for failure to prosecute.

Dated: Brooklyn, New York
       May 02, 2005

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court